UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS RAY RICHARDS,

    Defendant.

Case No. CR11-169-JLR

**DETENTION ORDER**

Offenses charged:

    Conspiracy to Distribute Crack Cocaine and Distribution of Crack Cocaine.

Date of Detention Hearing: August 9, 2011.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant has failed to overcome the presumption that he be detained. He has a lengthy criminal history including felony drug convictions for which he served time in prison. He has

DETENTION ORDER - 1

1  failed to appear for past court appearances multiple times.  He has a long standing drug problem
2  that continues to this day despite being provided court sponsored treatment in the past.  He poses
3  a danger to the community due to his continued use of drugs and involvement in drug trafficking.
4  The evidence against him is strong as the case involved under-cover buys. If convicted, he faces
5  a very lengthy sentence.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of August, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge